## LONNELL G. GLOVER

### V.

### COMMONWEALTH OF VIRGINIA

Record No. 860988

September 23, 1988

Present: All the Justices

*Susan L. Korfanty (John W. Shanley*, on briefs), for appellant.
*Eugene Murphy, Assistant Attorney General (Mary Sue Terry,
Attorney General*, on brief), for appellee.

PER CURIAM.

The trial court, sitting without a jury, convicted the defendant,
Lonnell G. Glover, of possession of a handgun and possession of
cocaine and sentenced him to serve three years on the weapons
charge and one year on the drug charge. The Court of Appeals
affirmed. *Glover v. Commonwealth*, 3 Va. App. 152, 348 S.E.2d
434 (1986).
We granted an appeal to determine whether:

1. The search of the vehicle defendant was driving violated
his Fourth Amendment rights.
2. The evidence was insufficient to prove defendant's posses-
sion of a handgun.
3. The evidence was insufficient to prove defendant's posses-
sion of cocaine.

We have considered these questions and, for the reasons as-

signed in the opinion of the Court of Appeals, *id.*, we will affirm the defendant's convictions.

*Affirmed.*